UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **08-61010-CIV-MORENO**

RUFUS STANCLE,

    Petitioner,

vs.

SECRETARY WALTER A. McNEIL,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Patrick A. White, for a ruling on all pre-trial non-dispositive matters and for a Report and Recommendation on any dispositive matters **(D.E. No. 2)**, filed on **July 1, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 18)** on **April 30, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 18)** on **April 30, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Petitioner's objections to the Report and Recommendation filed on **July 8, 2009** **(D.E. No. 20)** are overruled.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of September, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record